```
IN THE UNITED STATES DISTRICT COURT FOR THE
         EASTERN DISTRICT OF OKLAHOMA


JOYCE A. CANE,                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          )       No. CIV-06-432-FHS
                                  )
MICHAEL J. ASTRUE,                )
Commissioner Social Security      )
Administration,                   )
                                  )
            Defendant.            )
```

## JUDGMENT

Pursuant to this court's order of January 29, 2008, remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 29th day of January 2008.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma